# EXHIBIT 1

# EXHIBIT 1

**Joe Chu**

| | |
|---|---|
| **From:** | Legal@NameCheap.com |
| **Sent:** | Tuesday, June 29, 2010 10:34 AM |
| **To:** | Joe Chu |
| **Subject:** | RE: registrant information - freaksforum.com |

Mr. Chu,

The administrative contact information and technical support information are the same as the contact information.  Please do not hesitate to contact us if we can be of further assistance.

Regards,

Sergio Hernandez
NameCheap.com Legal Support
11400 W. Olympic Blvd. Suite 200
Los Angeles, CA 90064
Fax: 310.312.9513


-----Original Message-----
From: Joe Chu [mailto:JChu@righthaven.com]
Sent: Monday, June 28, 2010 9:14 AM
To: Legal@NameCheap.com
Subject: RE: registrant information - freaksforum.com

Mr. Hernandez,

Thank you for providing the registrant contact information for the <freaksforum.com> Internet domain.  Please further provide the administrative contact information, and the technical support contact information for said domain.

Thank you again for your assistance and prompt attention to this matter.

Best regards,

Joseph C. Chu, Esq.
Staff Attorney
Righthaven llc
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada  89129
Tel.: (702) 527-5900
Fax: (702) 527-5909
E-mail: jchu@righthaven.com

-----Original Message-----
From: Legal@NameCheap.com [mailto:Legal@namecheap.com]
Sent: Friday, June 25, 2010 5:28 PM
To: Joe Chu
Subject: RE: registrant information - freaksforum.com
Importance: High

Joseph C. Chu, Esq.

Staff Attorney
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada  89129

Mr. Chu,

Per your request, we are providing below the registrant contact information for the domain
freaksforum.com. Your organization may contact the legal
registered owner directly with any requests or legal correspondence.   The
other domain, wisewagering.com, we believe is registered at GoDaddy.com, and not
NameCheap.com (you may wish to do a whois search on the internet to confirm this, or go to
this site: http://whois.domaintools.com and enter the domain).

To address any copyright and trademark infringement concerns you have, you may apply for a
UDRP case at http://wipo.int.

This information is being provided to you in the strictest of confidence in an effort to
assist and help in your investigation. Nothing contained herein or omitted herefrom is
intended, or shall be construed, to operate as an admission, limitation, or waiver of any our
rights, remedies or defenses, at law and/or in equity, all of which are hereby expressly
reserved.

Please do not hesitate to contact us if we can be of further assistance.

Regards,

Sergio Hernandez
NameCheap.com Legal Support
11400 W. Olympic Blvd. Suite 200
Los Angeles, CA 90064
Fax: 310.312.9513

********************************

CONTACT INFORMATION
DOMAIN: freaksforum.com

Name:        Thomas J Finn IV
Address:     PO BOX 5878
             MESA
             AZ, 85211
             US
Phone:
             Finn, Thomas
Company:     Freaksforum
Email:       freak@freaksforum.com
Signup IP:   172.142.200.218
Signup Date: 10/25/2004 2:12:55 PM

Activity Information
Last Login: 5/17/2010 2:09:28 AM
Last Login IP: 97.117.253.117

From: Joe Chu [mailto:JChu@righthaven.com]
Sent: Friday, June 25, 2010 4:35 PM
To: Legal@NameCheap.com
Cc: Charles Coons
Subject: RE: registrant information


To Whom it May Concern:

Righthaven LLC has identified the apparent copyright infringement of a
Righthaven-owned literary work on the Internet domain <freaksforum.com
<http://wisewagering.com/> >.  Said domain appears to have been registered
through NameCheap, Inc.'s domain registration service.  According to a Whois
search conducted through the NameCheap website, the registrant contact,
administrative contact, and technical contact for the <freaksforum.com
<http://wisewagering.com/> > Internet domain are respectively identified as
"WhoisGuard Protected."

It is Righthaven's understanding that WhoisGuard is merely a trade name used
by NameCheap, Inc.  If we are mistaken in that regard, please advise us
immediately.  However, if we are not mistaken, Righthaven may be forced to
name NameCheap, Inc. in a potential lawsuit unless the valid identity of the
owner(s) of the <freaksforum.com <http://wisewagering.com/> > Internet
domain is immediately provided to Righthaven.  Accordingly, Righthaven
formally requests that NameCheap, Inc. provide Righthaven the registrant
contact information, administrative contact information, and technical
contact information associated with the <freaksforum.com
<http://wisewagering.com/> > Internet domain.

Thank you for your prompt attention to this matter.

Best regards,

Joseph C. Chu, Esq.
Staff Attorney
Righthaven llc
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada  89129
Tel.: (702) 527-5900
Fax: (702) 527-5909
E-mail: jchu@righthaven.com




From: Legal@NameCheap.com [mailto:Legal@namecheap.com]
Sent: Monday, June 21, 2010 2:26 PM
To: Joe Chu
Subject: RE: Legal Dept Telephone #
Importance: High

Mr. Chu,

Please submit your inquiry or any issues you may have (regarding Copyright
infringements) in writing.  We will address your concerns accordingly.

Please be advised, however, that you always have the option to contact WIPO to address any copyright and trademark infringement concerns you may have with regards to any domain; in addition, you may apply for a UDRP case at http://wipo.int <http://wipo.int/> .

Please do not hesitate to contact us if have any questions.  Thank you.

Regards,

Sergio Hernandez
NameCheap.com Legal Support
11400 W. Olympic Blvd. Suite 200
Los Angeles, CA 90064
Fax: 310.312.9513

_____

From: Joe Chu [mailto:JChu@righthaven.com]
Sent: Monday, June 21, 2010 12:32 PM
To: legal@namecheap.com
Subject: Legal Dept Telephone #

To whom it may concern:

I am an attorney based in Nevada.  I need to speak with an attorney within the NameCheap legal department regarding possible copyright infringements identified on internet domains registered through NameCheap.  At your earliest convenience, please provide me a phone number so that we may briefly discuss this issue.

Thank you for your time and attention to this matter.

Best regards,

Joseph C. Chu, Esq.
Staff Attorney
Righthaven llc
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada  89129
Tel.: (702) 527-5900
Fax: (702) 527-5909
E-mail: jchu@righthaven.com

# EXHIBIT 2

# EXHIBIT 2

# REVIEW-JOURNAL
## reviewjournal.com

February 19, 2010
Copyright © Las Vegas Review-Journal

## Harrah's Planet of possibilities

Arnold M. Knightly LAS VEGAS REVIEW-JOURNAL

By ARNOLD M. KNIGHTLY

LAS VEGAS review-journal

Harrah's Entertainment sees its acquisition **of** the **Planet** Hollywood Resort as a "key opportunity" to increase the company's casino revenues once the gaming giant takes over the property as early as noon today. "We are very proficient in driving gaming into a property," new **Planet** Hollywood Resort President Marilyn Winn told the Review-Journal before the Nevada Gaming Commission unanimously approved Harrah's acquisition **of** the **Planet** Hollywood on Thursday.

"Although we value the leisure traveler, there's a greater margin when you can have somebody who's going to play here, eat here, stay here. By having new customers coming and creating that critical mass **of** customers — that creates excitement."

Harrah's Chief Financial Officer Jonathan Halkyard said Thursday the company anticipates tripling or even quadrupling the property's cash flow over the next few years.

Union Gaming Group analyst Grant Govertsen said he expects **Planet** Hollywood's casino revenues should be impacted immediately once **Planet** Hollywood and Harrah's Total Rewards customer database are integrated.

"There's a massive opportunity set for that property and that casino," Govertsen said. "You had a stand-alone property with a minuscule database compared with the one Harrah's brings. All **of** a sudden you start making that property available to the existing database and all **of** a sudden you see revenues driven (up) dramatically."

Winn said the property should be integrated into Harrah's Total Rewards database by the end **of** March.

**Planet** Hollywood's casino revenues have traditionally trended below market averages for Strip gaming.

For the state Gaming Control Board's fiscal year ended June 2008, Strip casinos averaged revenues **of** $155.7 million. **Planet** Hollywood, however, reported $127.2 million in revenue during the same 12-month period.

The resort's casino revenues dropped 17.7 percent in the first nine months **of** 2009, and the property was in line to post its lowest revenue numbers since 2002 when the resort was the Aladdin.

Harrah's also plans some physical changes to the property, such as moving the high-limit room away from the front entrance and removing some **of** the slot machines.

Winn said **Planet** Hollywood probably has too many slot machines on the floor, restricting customers' flow through the casino.

"More machines doesn't always mean more revenue," Winn said

Harrah's expects to reduce **Planet** Hollywood's staff **of** about 2,300 by nearly 100 by eliminating duplications in a few areas such as call centers, accounting and revenue management, Winn told the regulators Thursday.

Winn, however, added that 40 positions need to be filled at the resort and will be posted Friday.

Harrah's paid $70 million to acquire $306 million **of** the resort's debt at a discount between September and December. Harrah's is exchanging that debt with **Planet** Hollywood's current owners for 100 percent ownership **of** the property.

Harrah's already took over management **of** the property's 2,496-room hotel and food-and-beverage operations on Jan. 16.

Harrah's will receive a management fee to operate the property, terms **of** which were not disclosed.

Former co-owner and **Planet** Hollywood founder Robert Earl will consult Harrah's on marketing strategies for the property and Harrah's other eight hotel-casinos in Las Vegas, Harrah's Western Division President Tom Jenkin told regulators.

**Planet** Hollywood, which will continue to premiere new movies and high-profile celebrity events, adds a new attraction for Harrah's, which hopes to use the property to lure customers back to Las Vegas during the economic downturn, Winn said.

"That whole issue **of** celebrity and Hollywood, and being on the red carpet, that is something we don't do any place else," Winn said. "And customers love it."

Harrah's also owns Bally's, Paris Las Vegas, Caesars Palace, Rio, Harrah's, Imperial Palace, Flamingo and Bill's Gamblin' Hall & Saloon in Las Vegas.

Harrah's acquisition **of Planet** Hollywood does not include some restaurants, Privé nightclub, the Miracle Mile Shops or the new 1,201-room PH Tower By Westgate.

Harrah's will manage the hotel inventory for PH Tower, Winn said.

A licensing agreement also allows Harrah's to brand other casinos with the **Planet** Hollywood name internationally.

Contact reporter Arnold M. Knightly at aknightly@reviewjournal.com or 702-477-3893.

# EXHIBIT 3

# EXHIBIT 3



## As Featured on ESPN Radio

### Planet Hollywood now part of Harrah's
February 21, 2010 at 11:48 PM

Harrah's Entertainment sees its acquisition of the Planet Hollywood Resort as a "key opportunity" to increase the company's casino revenues once the gaming giant takes over the property as early as noon today. "We are very proficient in driving gaming into a property," new Planet Hollywood Resort President Marilyn Winn told the Review-Journal before the Nevada Gaming Commission unanimously approved Harrah's acquisition of the Planet Hollywood on Thursday.

"Although we value the leisure traveler, there's a greater margin when you can have somebody who's going to play here, eat here, stay here. By having new customers coming and creting that critical mass of customers -- that creates excitement."

Harrah's Chief Financial Officer Jonathan Halkyard said Thursday the company anticipates tripling or even quadrupling the property's cash flow over the next few years.

Union Gaming Group analyst Grant Govertsen said he expects Planet Hollywood's casino revenues should be impacted immediately once Planet Hollywood and Harrah's Total Rewards customer database are integrated.

"There's a massive opportunity set for that property and that casino," Govertsen said. "You had a stand-alone property with a minuscule database compared with the one Harrah's brings. All of a sudden you start making that property available to the existing database and all of a sudden you see revenues driven (up) dramatically."

Winn said the property should be integrated into Harrah's Total Rewards database by the end of March.

Planet Hollywood's casino revenues have traditionally trended below market averages for Strip gaming.

For the state Gaming Control Board's fiscal year ended June 2008, Strip casinos averaged revenues of $155.7 million. Planet Hollywood, however, reported $127.2 million in revenue during the same 12-month period.

The resort's casino revenues dropped 17.7 percent in the first nine months of 2009, and the property was in line to post its lowest revenue numbers since 2002 when the resort was the Aladdin.

Harrah's also plans some physical changes to the property, such as moving the high-limit room away from the front entrance and

Case 2:10-cv-00191-RLH-LRL Document 1 Filed 02/07/10   Page 11 of 23

removing some of the slot machines.

Winn said Planet Hollywood probably has too many slot machines on the floor, restricting customers' flow through the casino.

"More machines doesn't always mean more revenue," Winn said

Harrah's expects to reduce Planet Hollywood's staff of about 2,300 by nearly 100 by eliminating duplications in a few areas such as call centers, accounting and revenue management, Winn told the regulators Thursday.

Winn, however, added that 40 positions need to be filled at the resort and will be posted Friday.

Harrah's paid $70 million to acquire $306 million of the resort's debt at a discount between September and December. Harrah's is exchanging that debt with Planet Hollywood's current owners for 100 percent ownership of the property.

Harrah's already took over management of the property's 2,496-room hotel and food-and-beverage operations on Jan. 16.

Harrah's will receive a management fee to operate the property, terms of which were not disclosed.

Former co-owner and Planet Hollywood founder Robert Earl will consult Harrah's on marketing strategies for the property and Harrah's other eight hotel-casinos in Las Vegas, Harrah's Western Division President Tom Jenkin told regulators.

Planet Hollywood, which will continue to premiere new movies and high-profile celebrity events, adds a new attraction for Harrah's, which hopes to use the property to lure customers back to Las Vegas during the economic downturn, Winn said.

"That whole issue of celebrity and Hollywood, and being on the red carpet, that is something we don't do any place else," Winn said. "And customers love it."

Harrah's also owns Bally's, Paris Las Vegas, Caesars Palace, Rio, Harrah's, Imperial Palace, Flamingo and Bill's Gamblin' Hall & Saloon in Las Vegas.

Harrah's acquisition of Planet Hollywood does not include some restaurants, Privé nightclub, the Miracle Mile Shops or the new 1,201-room PH Tower By Westgate.

Harrah's will manage the hotel inventory for PH Tower, Winn said.

A licensing agreement also allows Harrah's to brand other casinos with the Planet Hollywood name internationally.



Copyright © 2000 - 2003 Freaks Sports & Gambling Forum All Rights Reserved.

# EXHIBIT 4

# EXHIBIT 4



| BETCBS | 5 DIMES | BODOG | BetWWTS | GAMEDAY | INTERTOPS | BEVERLY HILLS | SPORTINGBETUSA | WSEX | GIBRALTAR | CANBET |
| OLYMPIC | BOWMANS | SPORTSBETTING.COM | CARIB | FIRST FIDELITY | IBET | MILLENIUM | SPORTBET | BETGRANDE |



☒ Sports Betting Forum



Add us to your favorites!

## As Featured on ESPN Radio

**Recommended:**



| LIVE SCORES |
| HANDICAPPERS HEAVEN |
| HOME |
| ADVERTISING |
| CONTACT US |
| BAD MAN/LAS VEGAS |
| FREAKS CONTESTS |
| FREAKS FORUM |
| FREAKS PICKS |
| FREAKS ODDS |
| LINK TO FREAK |
| THE POLL BOOTH |
| FORUM LOGIN |

Log in directly from here!

**UserName**

**Password**

[ Login ]

**Not a Member yet?**
**Get your FREE forum membership!**

**NEWSLETTER**

Subscribe to our Monthly Newsletter and receive free picks and updated information!

**Email:**

◉ subscribe
○ unsubscribe

[ Submit ]





### A weekend in Vegas
May 29, 2010 at 5:17 PM

Memorial Day: It's not just for barbecuin'.

The last Monday in May also provides key economic insight into profoundly important local tourism trends. For example, will the Strip see more visitors than it did during the same weekend last year? Will guests spend more? What's up with average daily room rates? And would anyone really go see "Criss Angel Believe," even with a discount?

So far, it looks like Las Vegas should welcome more tourists this Memorial Day, but they'll spend less than they did a year ago. And depending on whom you ask, room rates will tick up either slightly or a lot. (As for answering that last question, you can go size up the crowd yourself: "Criss Angel Believe" is offering free seat upgrades for the weekend.)

"I think the numbers are reflective of the trend we've seen in the last several months," said Kris Tibbs, research manager for the Las Vegas Convention and Visitors Authority. "Folks still have an interest in coming to Las Vegas, but they just have tighter budgets, so overall spending is down."

The authority's researchers expect 304,000 visitors to flock to Las Vegas this weekend, up 3.8 percent from the 293,000 tourists who came here over 2009's Memorial Day weekend. They'll have an estimated nongaming impact of $168.8 million, down 5.4 percent from $178.4 million a year earlier. The market's hotel-room occupancy rate should dip to 93.5 percent, down from 94.7 percent in the same weekend of 2009, but that's mostly because of a spike in inventory. The number of rooms available is up 5.6 percent year over year, from 140,617 rooms to 148,500 rooms, thanks mostly to CityCenter.

The latest figures from travel club AAA also project gains in regional tourism this weekend.

An AAA survey found that more than 2.5 million people in the Mountain West plan to travel 50 miles or more over the holiday weekend. That's a 7.6 percent increase from Memorial Day 2009. Driving traffic should grow by 8 percent, while trips by airplane should increase 4.7 percent.

"Despite a challenging economy, travel is expected to rebound for this Memorial Day weekend," AAA Nevada spokesman Michael Geeser said in a statement. "With a hint of renewed economic optimism, the upcoming holiday weekend will likely have Mountain West residents making up for their previously delayed travel plans."

**BONUSES & PROMOTIONS**

**BetCBS:** 5% Weekly bonus on your Casino & Sportsbook win or loss for life.

**BetWWTS:** Sign up today and get a 10% bonus on your initial deposit of $100 to $1000.

**CanBet:** Lay -107 on NFL & College Football and more!

**GameDay:** Get 1/2 juice on your Football bets, increased Parlay odds, deposit bonuses & more!

**InterTops:** $20 free bet for new customers! Excellent deposit bonuses.

**Olympic:** Early bird lines, 10% Signup bonus and much more!

Companies that book local hotel rooms via the Internet are finding improved indicators as well.

At Vegas.com, advance bookings point to a 15 percent jump in Las Vegas visitation this weekend from 2009, said Dan Hippler, vice president of marketing. As of Wednesday, the website was showing an average daily room rate over the weekend of $104, up 2.5 percent from 2009's $101 asking price.

Hippler credited the higher stats to macroeconomic issues -- national demand for travel is picking up as the economy stabilizes -- and microeconomic factors, such as special deals on the Strip.

"I think people are traveling more this year than in the past, and Las Vegas is still a very attractive destination," Hippler said. "Yahoo released numbers recently saying that Las Vegas topped its list in terms of rankings for summer destinations. Las Vegas is a good deal and has a lot to offer from a value standpoint."

At travel website i4vegas.com, holiday bookings are roughly the same as they were a year ago, but the average daily room rate has jumped to $93, up nearly 25 percent from $75 a year ago, said CEO Michael Zaletel.

Zaletel attributed the room-rate spike to higher demand in the months and weeks preceding Memorial Day. With visitor volume up in all but one of the last seven months, hotels were able to begin raising rates on Memorial Day's advance bookings earlier in the spring. Consider May's overall average daily room rate of $65. That's up 20 percent from $56 in May 2009. Bookings were up 10 percent year over year in May, as well. The rise in rates is a good sign that demand is returning, and hotels can goose rates a little as a result, Zaletel said.

But Zaletel sees a few warning signs. If resort operators augment rates too much and too quickly, they could hurt visitation. Bookings through i4vegas.com might be flat this Memorial Day over last because consumers don't like the higher prices they're seeing as the holiday draws closer, Zaletel said. A big gain in rates could turn away tentative travelers venturing out for their first major trip in months or years, and it would be preferable to sell out at lower room charges than to ask for too much and see empty rooms as a result, Zaletel said.

"I think everyone needs to move slowly. A lot has been done to convince the consumer that Las Vegas is a good deal again," he said. "Although it's positive to see (average daily rates) up 20 percent, if the asking rate goes up too much, people might not be willing to pay. If we can maintain the consumer's trust that Las Vegas is a good deal again, that will cause sustained, consistent, dependable growth, as opposed to a couple of good weekends."

At least one new report projects solid growth in tourism nationwide for the entire summer.

Chicago staffing firm Challenger, Gray & Christmas said Friday that fewer layoffs and declining gasoline prices could bolster travel in the warmer months. And increased tourism would mean more spending in the country's leisure destinations. A bump in seasonal hiring among hotels, restaurants, retailers and amusement parks should follow, the company said.

"The travel industry and all of the related beneficiaries will not see a

return to prerecession boom times, but it will be a significant improvement over the past couple of years," company Chief Executive Officer John Challenger said in a statement.

Employees enjoy more job security this year, as companies have switched from an emphasis on cutting staffs to a focus on retaining the workers left behind, Challenger said. Some employers might actually encourage workers to take vacation time to decompress from office-related stress. The markets that fare best amid rising travel would be destinations favored by driving vacationers, he said.



Copyright © 2000 - 2003 Freaks Sports & Gambling Forum All Rights Reserved.

# EXHIBIT 5

# EXHIBIT 5

| BETONLINE | BOOKMAKER | DIAMOND |
|---|---|---|
| INTERTOPS | SPORTSINTERACTION | WAGERWEB |

## RAISEANDFOLD POKER ROOM





Add us to your favorites!

HANDICAPPERS HEAVEN
**HOME**
**ADVERTISING**
**BAD MAN**
**FREAKS FORUM**
**LINK TO FREAK**
FORUM LOGIN
Log in directly from here!
UserName
Password
Login
**Not a Member yet?**
**Get your FREE forum membership!**
NEWSLETTER
Subscribe to our Monthly Newsletter and receive free picks and updated information!
Email:
◉ subscribe
○ unsubscribe
submit
BOOKMAKER
SPORTBOOK
BOOKMAKER
SPORTBOOK




Our Sponsors
FAST
PAYOUTS
BOOKMAKER
Trust the First
sports interaction
MAKE THE CALL
RaiseandFold
100%

### Join FREAKS Sports & Gambling Forum Here!

**Welcome to The Main Lobby**

**Sign Up for FREAKS Weekly Newsletter**

Email: ◉ subscribe ○ unsubscribe  Submit

#### TODAY'S TOP STORIES

Casino closed for good....

◻ June 27, 2010 at 3:06 PM

It opened 16 years ago with bunting, a Dixieland band and a crowd of hundreds.

It closed for the last time a week ago, quietly, with gamblers trickling out into the wee hours of a muggy night.

The last hand has been dealt at St. Louis' oldest casino. The President — forced to close prematurely by rising water on the Mississippi — won't be able to reopen before next week, when the state is set to take its gaming license.

With the river 4 feet above flood stage and still rising, Pinnacle Entertainment said Thursday that gambling on the President is done. They had hoped for one last weekend before a Monday night sendoff, but the mighty river had other plans.

[FULL STORY]

Bad changes for BJ odds

◻ June 27, 2010 at 3:00 PM

The payoff for blackjack has dropped at more Las Vegas tables, but the trade-off is that minimum bets for those games are a little lower.

In recent months, more than two dozen tables paying 6-5 for blackjacks have been added in Las Vegas, in some cases replacing games that paid the traditional 3-2. With the traditional payoff, a blackjack on a bet of $10 wins $15, but with 6-5 odds it wins only $12.

The spread of 6-5 games mirrors the rise of "party pits" — nightclub-themed gambling areas with games dealt by attractive women in revealing outfits. These pits, found near bars and nightclubs, typically feature 6-5 games and appeal to customers for whom gambling isn't the main attraction.

[FULL STORY]

Copyright © 2000 - 2010 Freaks Sports & Gambling Forum All Rights Reserved.

# EXHIBIT 6

# EXHIBIT 6



Copyright ©2010 BetOnline.com. All rights reserved.

# EXHIBIT 7

# EXHIBIT 7

http://www.betonline.com/faq

- Horse racing
- Golf
- Tennis
- Mixed martial arts
- Boxing
- Soccer

## What is my tax liability on winnings?

Your tax liability depends upon your local jurisdiction. Tax laws vary greatly from one country to another. However, BetOnline will not release any information about individual account winnings or losses. That is the responsibility of the client.

## What is the minimum deposit to open an account?

$100, both online or over the phone.

## What are the minimum and maximum wagers?

- Telephone wagering minimum: $25
- Online wagering minimum: $1
- View chart for telephone and online wagering maximums.

## Can I make telephone wagers using my internet account?

At BetOnline, you have one account number for both telephone and internet wagering. You may make telephone wagers on your internet account, but the telephone wagering minimums will be in effect.

## What are the maximum teams allowed on a parlay and teaser?

We offer up to 25 team parlays.

For teasers the number varies by sport. In football we offer up to 10 teams for a 21-point "blackjack" teaser and up to 15 teams in Vegas teasers.

To read more about our parlay and teasers visit our Wager Types page.

## How does an Affiliate Program work?

BetOnline is proud to offer the industry's most comprehensive Affiliate Profit-Sharing Program, whereby customers can earn extra income simply by placing a text link, banner or BetOnline's free counter on their website. Affiliates can earn up to 35 per cent of the net losses of their member players.

\* subject to restrictions at Management's discretion




   **VISA**  **WIRE TRANSFER**        **18+**

| BetOnline | Sports Betting Edge | | Quick Links | Helpful Links |
|---|---|---|---|---|
| Sportsbook | NFL Betting | NBA Betting | Affiliate Program | About Us |
| Casino | MLB Betting | NHL Betting | Promotions | Contact Us |
| Racebook | UFC Betting | Nascar Betting | Bonuses | FAQs |
| Rules | College Football Betting | College Basketball Betting | Refer-a-Friend | Privacy Policy |
| Stats Center | Soccer Betting | Horse Betting | | Terms and Conditions |
| | | | | Sitemap |

Copyright ©2010 BetOnline.com. All rights reserved.

# EXHIBIT 8

# EXHIBIT 8

